UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No.: 3:02 CV-416-V

| | |
|---|---|
| AMERICAN PAN & ENGINEERING CO., INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| J.A. JONES CONSTRUCTION COMPANY, STARPORT I, LLC, TRADE MART ASSOCIATES, LTD., LIMITED PARTNERSHIP, CITY OF CHARLOTTE, AMERICAN HOME ASSURANCE COMPANY, and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, | ) ) ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| vs. | ) ) |
| STEADFAST INSURANCE COMPANY, | ) ) |
| Necessary Party Defendant, Counterclaim Plaintiff. | ) ) ) ) |

## ORDER ADMITTING
## JEFFREY K. PASKERT *PRO HAC VICE*

**THIS MATTER** is before the court on the Motion to Admit Jeffrey K. Paskert *Pro Hac Vice* for purposes of representing Necessary Party and Counterclaim Plaintiff Steadfast Insurance Company in this case. It appearing that Jeffrey K. Paskert of the firm of Mills Paskert Divers P.A.

SBH:258323.

of Tampa, Florida are members in good standing with the Florida State Bar and that they will be appearing with a member in good standing with the Bar of this court, Ned A. Stiles of Stiles, Byrum & Horne, L.L.P., the court enters the following Order:

## ORDER

**IT IS, THEREFORE, ORDERED** that the Motion to Admit Jeffrey K. Paskert *Pro Hac Vice* is **GRANTED** and Jeffrey K. Paskert is **ADMITTED** to practice before the Bar of this Court in this case as counsel for Necessary Party and Counterclaim Plaintiff Steadfast Insurance Company with local counsel Ned A. Stiles; and Jeffrey K. Paskert remit to the Clerk of this court the required special admission fee of $100.00 within ten (10) days of entry, if such fees have not already been paid.

This the 23rd day of May , 2005.

United States District Court Judge
Western District of North Carolina