
RECEIVED
CHARLOTTE, N.C.
AUG - 5 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case Number: 3:02 CV-416-WC

| | |
|---|---|
| AMERICAN PAN & ENGINEERING CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> J.A. JONES CONSTRUCTION COMPANY, STARPORT I, LLC, TRADE MART ASSOCIATES, LTD., LIMITED PARTNERSHIP, CITY OF CHARLOTTE, FIREMAN'S FUND INSURANCE COMPANY, and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, <br><br> Defendants, <br><br> vs. <br><br> STEADFAST INSURANCE COMPANY, <br><br> Necessary Party Defendant. | **CONSENT ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ARON J. FRAKES** |

THIS CAUSE having come before the Court on the Motion for Admission *Pro Hac* Vice of Aron J. Frakes (the "Motion") filed by Defendants, and the Court being advised that counsel for the parties consent to the entry of this Order:

IT IS THEREFORE ORDERED that the Motion is GRANTED. Aron J. Frakes is admitted to appear on behalf of and represent the Defendants in this action.

So ORDERED this the 10th day of August, 2005.

*[signature]*
District Court Judge
United States District Court
Western District of North Carolina

CONSENTED TO:

SMITH, CURRIE & HANCOCK LLP

_____
Rolly L. Chambers
N.C. Bar No. 12622
Gregory L. Shelton
N.C. Bar No. 25828
1023 West Morehead Street, Suite 301
Charlotte, North Carolina 28208
Telephone (704) 334-3459
Facsimile (704) 334-7850

ATTORNEYS FOR FIREMAN'S FUND INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, AND THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

STILES BYRUM & HORNE, L.L.P.

_____
Ned A. Stiles by gls
N.C. Bar No. 8997
325 Arlington Avenue, Suite 650
Charlotte, North Carolina 28203

ATTORNEYS FOR STEADFAST INSURANCE COMPANY

NEXSEN, PRUET, ADAMS & KLEEMEIER, PLLC

_____
David A. Senter by gls
N.C. Bar No. 12549
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, North Carolina 27402
Telephone (336)-1600

ATTORNEYS FOR AMERICAN PAN & ENGINEERING CO., INC.