IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:02cv00416

| | |
|---|---|
| J.A. JONES CONSTRUCTION COMPANY )<br>)<br>    Plaintiff and Counterclaim Defendant, )<br>)<br>v. )<br>)<br>AMERICAN PAN &ENGINEERING CO., )<br>INC., )<br>)<br>    Plaintiff and Counterclaim Plaintiff, )<br>)<br>v. )<br>)<br>STARPORT, LLC, TRADE MART )<br>ASSOCIATES, LTD, LIMITED )<br>PARTNERSHIP, CITY OF CHARLOTTE, )<br>FIREMAN'S FUND INSURANCE )<br>COMPANY, AMERICAN HOME )<br>ASSURANCE COMAPNY, and THE )<br>INSURANCE COMPANY OF THE STATE )<br>OF PENNSYLVANIA, )<br>)<br>    Additional Counterclaim Defendants. )<br>) | ORDER |

    THIS MATTER is before the Court, *sua sponte*, regarding the status of the case. The Court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated by April 30, 2007. All pending motions are TERMINATED. The parties are directed to file their Stipulation of Dismissal on or before April 30, 2007.

    IT IS SO ORDERED.                      Signed: April 2, 2007

                                                         Frank D. Whitney
                                                         United States District Judge