# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:02cv00416

| | |
|---|---|
| J.A. JONES CONSTRUCTION COMPANY, )<br><br>  Plaintiff and Counterclaim Defendant, )<br><br>v. )<br><br>AMERICAN PAN &ENGINEERING CO., INC., )<br><br>  Plaintiff and Counterclaim Plaintiff, )<br><br>v. )<br><br>STARPORT, LLC, TRADE MART ASSOCIATES, LTD, LIMITED PARTNERSHIP, CITY OF CHARLOTTE, FIREMAN'S FUND INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, )<br><br>  Additional Counterclaim Defendants. ) | ORDER |

THIS MATTER is before the Court upon receipt of correspondence signed by counsel for Plaintiff mailed to chambers on April 20, 2007. The parties jointly request a ten-day extension of time to file their stipulation of dismissal "so that the check has time to clear the bank." For that reason, the Court will GRANT the parties' request. IT IS, THEREFORE, ORDERED that the parties shall file their Stipulation of Dismissal on or before Thursday, May 10, 2007.

IT IS SO ORDERED.

Signed: April 25, 2007

Frank D. Whitney
United States District Judge